IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF DISTRICT
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2012

David J. Bradley, Clerk of Court

| | |
|---|---|
| **LLOYD WAYNE OLIVER,** | § |
| *Plaintiffs,* | § |
| v. | § Case No. 4:12-civ-02568 |
| **LANE LEWIS, GILBERTO HINOJOSA, STAN STANART, ED EMMETT; AND HOPE ANDRADE** | § |
| *Defendants.* | § |

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared Lloyd Wayne Oliver, who after by me being sworn, did depose and say as follows:

"My name is Lloyd Wayne Oliver. I am the Democratic nominee for the Office of Harris County District Attorney by virtue of winning the May 29, 2012 Democratic primary election. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.

"Lloyd Wayne Oliver won the Harris County Democratic primary for the Office of District Attorney in Harris County, Texas.

"It is the responsibility of the Democratic Party to certify the list of the candidates to be placed on the ballot for the Democratic nominees. It is now come to the attention of Lloyd Oliver that the State Party Chairman will omit his name from the certified list of nominees by the Harris County Democratic Party to the Texas Democratic Party.

"The Chairman of the Harris County Democratic Party certifies the candidates that

won the primary election and forwards a certified list of candidates to the State Party Chairman. The Chairman then forwards the list to the Texas Secretary of State, who then forwards it to the Harris County Clerk's Office, where the ballot is prepared.

"**The list of state and district candidates must be received from the Secretary of State's Office to the County Clerk's Office by end of business day Thursday, August 30, 2012. If Mr. Oliver is not on the list of candidates, he will not be the Democratic nominee for the Office of Harris District Attorney on the November 6, 2012, ballot. Therefore, the deadline for ballot certification is not September 6, 2012, but August 30, 2012. If his name is not placed on that list, Mr. Oliver's only remedy is to get the Court to order the Democratic Party to place his name on the list of Democratic nominees on or before September 5, 2012.**

"I have the read the above and foregoing affidavit and the facts contained therein, within my personal knowledge, are true and correct."

"Further affiant sayeth not."

_____
Lloyd Wayne Oliver

SUBSCRIBED AND SWORN TO BEFORE ME on ___29___, by ___August 2012___

_____
N. Kervin
Notary Public, State of Texas



NESLIE ERVIN
Notary Public, State of Texas
My Commission Expires
May 07, 2016